IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM H. TAYLOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>DAVID SEXTON, *et al.*, )<br>)<br>Defendants. ) | Civil No. 3:11-0745<br>Judge Trauger<br>Magistrate Judge Griffin |

### **O R D E R**

On August 10, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 52), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendant State of Tennessee (Docket No. 37) and joined into by the other defendants (Docket Nos. 43, 49) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE** as to all defendants, including David Sexton (*See* Docket No. 52 at 8).

It is so **ORDERED.**

Enter this 5th day of September 2012.

_____
ALETA A. TRAUGER
United States District Judge