IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM H. TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:11-0745 |
| ) | Judge Trauger |
| ) | Magistrate Judge Griffin |
| DAVID SEXTON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On August 10, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 52), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendant State of Tennessee (Docket No. 37) and joined into by the other defendants (Docket Nos. 43, 49) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE** as to all defendants, including David Sexton (*See* Docket No. 52 at 8).

It is so **ORDERED.**

Enter this 5th day of September 2012.

_____
ALETA A. TRAUGER
United States District Judge